**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUSTINA BROWN,**

    **Plaintiff,**

**-vs-**                   **Case No.  6:04-cv-1577-Orl-31DAB**

**SOUTHEASTERN CONTAINER, INC.,**

    **Defendant.**

_____

## ORDER

On July 8, 2005, Defendant filed its Motion for Summary Judgment (Doc. 28), with supporting memorandum (Doc. 29).  The next business day, July 11, 2005, the Court issued its *Milburn* Order (Doc. 31, giving Plaintiff until August 10, 2005 to respond to Defendant's Motion. When no response was received by August 15, 2005, the Court entered an Order (Doc. 36) granting the Motion for Summary Judgment as unopposed.  Three days later, on August 18, 2005, Plaintiff filed her Motion to Set Aside the Summary Judgment, claiming excusable neglect (Doc. 38).  A proposed response to the Motion for Summary Judgment was filed on that same day (Doc. 40), and several days later, Plaintiff filed affidavits in support of the Motion (Docs. 43 and 44). Defendant filed its Response in opposition to the Motion on August 29, 2005 (Doc. 45).

In consideration of the above, the Court finds that Plaintiff has not shown excusable neglect sufficient to warrant vacating the Court's summary judgment Order.  Plaintiff claims that her response to the Motion for Summary Judgment was ready to be filed on August 1, 2005. However, Plaintiff's counsel apparently made <u>no</u> effort within the next fifteen days to verify that

the response had actually been filed and docketed.  This sort of neglect is not "excusable" as contemplated under Fed. R. Civ. P. 60(b)(1).  Accordingly, it is

**ORDERED** that Plaintiff's Motion (Doc. 38) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party