# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUSTINA BROWN,**

                   **Plaintiff,**

**-vs-**                                    **Case No.  6:04-cv-1577-Orl-31DAB**

**SOUTHEASTERN CONTAINER, INC.,**

                   **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO TAX COSTS (Doc. No. 46)** |
| **FILED:** | **August 29, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant is entitled to its costs as prevailing party, having obtained a judgment in its favor (Doc. No. 37).  Costs are to be taxed by the Clerk upon presentation of a bill of costs (F.R.Civ.P. 54(d)(1)).  Costs thus taxed may be reviewed by motion by any party.

Accordingly, the motion is denied without prejudice to movant's filing a bill of costs within 7 days of this Order.  The appropriate form is available on the Court's internet web page: www.flmd.uscourts.gov.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2005.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record